MARTIN *et al.*, executors, *vs.* CAUTHEN.

Where it is sought to procession lands under sections 2384, 2385, 2386 of the code, it is necessary to survey and mark the entire tract of land belonging to and possessed by the owner; and it is not sufficient to survey and mark one lot alone, held by grant from the State, it being the lot where the line is uncertain or disputed.

December 21, 1886.

Processioning.    Before Judge BOYNTON.    Pike Superior Court.    April Term, 1886.

Reported in the decision.

J. S. POPE; J. D. STEWART, for plaintiffs in error.

J. A. HUNT, for defendant.

JACKSON, Chief Justice.

The point in this case is, whether, to procession land under sections 2384, 2385, 2386, it is necessary to run all

around the tract in its entirety belonging to and possessed by the owner, or only around one lot alone under grant of the State, that lot whereupon the line is uncertain or disputed.

The question is not open in this court. *Watson vs. Bishop et al.*, 69 *Ga.* 51; *Rattaree vs. Morrow*, 71 *Id.* 528. These cases settle the law to be that the entire tract must be marked and surveyed all around it, and that the entire tract is not one lot or any other part of the body of land lying together of the owner, but it is the whole body of land.

Judgment affirmed.